UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, et al.,**
Defendants.

3:26-cv-103-WWB-LCC

**JEHAN DANIELS,**
**a/k/a Jehan Prime El,**
Plaintiff, Pro Se

**Case No.: TO BE ASSIGNED**

**MOTION TO INVOKE EQUITABLE JURISDICTION**

*(Extraordinary Relief Requested)*

## I. JURISDICTION AND VENUE

Plaintiff, **Jehan Daniels, a/k/a Jehan Prime El**, proceeding **pro se**, respectfully moves this Honorable Court to invoke its **equitable jurisdiction** over this matter.

This Court has subject-matter jurisdiction pursuant to **28 U.S.C. § 1331**, as this action arises under the Constitution and laws of the United States, including but not limited to violations of **fundamental parental rights**, **due process**, and **equal protection** under the Fourteenth Amendment.

This Court further has jurisdiction pursuant to **28 U.S.C. § 1343**, as this action seeks redress for the deprivation, under color of state law, of rights secured by the Constitution.

Venue is proper in the **Middle District of Florida, Jacksonville Division**, pursuant to **28 U.S.C. § 1391**, as the events giving rise to this action occurred within this District and Defendants reside or operate herein.

This Motion specifically requests the Court's **equitable powers**, independent of legal remedies, due to the inadequacy of remedies at law and the presence of extraordinary circumstances involving irreparable harm to minor children and a natural parent.

## II. STATEMENT OF FACTS

1. Plaintiff is the **natural parent** of minor children whose parental rights were involuntarily terminated in **Columbia County, Florida**, in or about **2020**.

3

2. The termination proceedings involved the **Department of Children and Families (DCF)** and associated state actors.

3. Plaintiff contends that the proceedings were marred by **procedural irregularities, constitutional violations, falsification or misrepresentation of evidence,** and **denial of meaningful due process.**

4. Plaintiff further asserts that **less restrictive alternatives** were not adequately considered and that reunification efforts were prematurely or improperly foreclosed.

5. Since the termination, Plaintiff has experienced **ongoing and irreparable harm,** including the permanent severance of familial bonds and continued harm to the minor children's welfare.

6. Legal remedies available through the state system have proven **inadequate or unavailable,** leaving Plaintiff without a meaningful avenue to redress constitutional violations.

7. Plaintiff now seeks the **intervention of a court of equity** to prevent further injustice and to address violations that offend conscience, fairness, and fundamental rights.

---

## III. STANDARD FOR INVOKING EQUITABLE JURISDICTION

Courts of equity exist to provide relief **where remedies at law are inadequate,** incomplete, or unavailable.

Equitable jurisdiction is appropriate when:

- Irreparable harm is ongoing or imminent;
- Legal remedies cannot restore what has been lost;
- Fundamental rights are implicated; and
- Justice and conscience demand intervention.

Parental rights are recognized as **fundamental liberty interests** protected by the Constitution. When such rights are terminated through processes alleged to violate due process and fairness, **equity may intervene** to prevent manifest injustice.

Federal courts retain inherent authority to invoke equity to ensure that constitutional guarantees are not rendered hollow by procedural barriers.

---

## IV. ARGUMENT: EQUITY MUST INTERVENE

Plaintiff respectfully submits that this case presents **extraordinary circumstances** warranting equitable relief.

The termination of parental rights is among the most severe actions the State can undertake. When such action is allegedly accomplished through unconstitutional means, and when the consequences are **permanent and ongoing,** equity cannot remain silent.

Plaintiff has no adequate remedy at law to restore familial integrity or to correct the alleged injustices. Without equitable intervention, the harm suffered by Plaintiff and the minor children will continue unchecked.

This Court's equitable powers are necessary to:

- Address constitutional violations;
- Prevent further irreparable harm;
- Restore fairness where legal remedies have failed; and
- Uphold the integrity of justice.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. **Invoke its equitable jurisdiction** over this matter;

2. Accept and consider this action as one sounding in equity;

3. Review the underlying termination proceedings for constitutional and equitable violations;

4. Grant appropriate **equitable, declaratory, and/or injunctive relief** as justice requires;

5. Grant any further relief this Court deems just, proper, and equitable.

## VI. DECLARATION UNDER PENALTY OF PERJURY

I, **Jehan Daniels, a/k/a Jehan Prime El**, declare under penalty of perjury pursuant to **28 U.S.C. § 1746** that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed on this _16_ day of _January_ , 2026.

**Jehan Daniels**
a/k/a Jehan Prime El
5321 NE 24th Place
Gainesville, Florida 32609
Phone: 352-664-8869
Plaintiff, Pro Se

## VII. CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served by U.S. Mail on the parties or entities entitled to notice on this _16_ day of _January_ , 2026.

**Jehan Daniels**
a/k/a Jehan Prime El